IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Darren MacDonald,<br><br>　　　　Plaintiff,<br><br>v.<br><br>R&H Industries LLC,<br><br>　　　　Defendant. | No. CV-20-00682-PHX-MTL<br><br>**ORDER** |

　　　　Pursuant to the parties Stipulation of Dismissal (Doc. 23), and good cause appearing,

　　　　**IT IS ORDERED granting** the Stipulation (Doc. 23) and dismissing this action with prejudice as to Plaintiff's individual claims, without prejudice as to any other member of the putative class's right to bring claims, and with each party to bear its own costs and attorneys' fees.

　　　　**IT IS FURTHER ORDERED** that the Clerk of the Court shall close this case.

　　　　Dated this 26th day of January, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　Michael T. Liburdi
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge